IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CHARLES E. MOORE, *et ux*. | ) |
| Plaintiffs, | ) Civil Action No.: ELH-12-2727 |
| vs. | ) |
| ROBERT S. SVEHLAK, *et al*. | ) |
| Defendants. | ) |

## LINE ATTACHING REFERENCED
## HOUSE COMMITTEE REPORT (112 H. RPT. 10)

Plaintiffs Charles E. Moore and Felicia W. Moore (hereinafter "Plaintiffs"), by and through their attorney, Jason E. Rheinstein, hereby file this *Line Attaching Referenced House Committee Report*, and respectfully state as follows:

1. On October 12, 2012, pursuant to 28 U.S.C. §1447(c), the Plaintiffs filed a Motion to Remand to the Circuit Court for Baltimore City, Maryland (Document #78) and an accompanying Memorandum of Law in Support of Motion to Remand to the Circuit Court for Baltimore City, Maryland (Document #78-1; "the Memorandum").

2. For convenience purposes, the Plaintiffs purported to include the House Committee Report on the Federal Courts Jurisdiction and Venue Clarification Act of 2011 (112 *H. Rept.* 10) as Exhibit 1 to the Memorandum.

3. Due to a submission error, the referenced House Committee Report did not get submitted as Exhibit 1 to the Memorandum.

4. Plaintiffs hereto attach the referenced House Committee Report and sincerely apologize for any inconvenience.

1

Respectfully submitted,

/s/
Jason E. Rheinstein
jason@jer-consulting.com
Federal Bar No.: 28433
P.O. Box 1369
Severna Park, MD 21146
(410) 647-9005 (t)
(410) 647-6135 (f)
***Attorney for Plaintiffs***
***Charles E. Moore***
***Felicia W. Moore***

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October, 2012, a copy of the foregoing was served electronically via the Court's CM/ECF system on all counsel and parties receiving electronic notice of pleadings filed in this case and by regular mail, postage prepaid, upon the following:

Stephanie O. Mballa
401 W. Diamond Avenue
Apt. 303 W
Gaithersburg, MD 20877

ETS Maryland, LLC
c/o CSC Lawyers Incorporating Service Co.
Resident Agent
7 St. Paul Street, Suite 1660
Baltimore, MD 21202

/s/
Jason E. Rheinstein